**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7039**

---

CASEY RAFAEL TYLER,

        Petitioner - Appellant,

    v.

JOSH STEIN,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:21-hc-02041-BO)

---

Submitted:  January 20, 2023                  Decided:  January 30, 2023

---

Before KING, AGEE, and HEYTENS, Circuit Judges.

---

Dismissed and remanded by unpublished per curiam opinion.

---

Casey Rafael Tyler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved *all* claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Our review of the record reveals that the district court did not adjudicate all of the claims raised in the § 2254 petition. *Id.* at 696-97. Specifically, the court failed to address Tyler's claim that the challenged disciplinary hearings violated his procedural due process rights because he was not provided access to the documentary evidence used to support his disciplinary convictions. *See Lennear v. Wilson*, 937 F.3d 257, 269-70 (4th Cir. 2019). We conclude that the order Tyler seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and remand to the district court for consideration of the unresolved claim. *Porter*, 803 F.3d at 699.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*

2